IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LAFI JAFARI and MARYLOU
GRUTTEMEYER,

Defendants.

**8:16CR318**

**ORDER**

The defendants, Lafi Jafari and MaryLou Gruttemeyer, have both moved to continue the trial (filing nos. 92, 93). The motions to continue are unopposed by counsel for the Government. Based on the showing set forth in the motions, the court finds good cause has been shown and the motions should be granted. Accordingly,

IT IS ORDERED:

1) The defendants Lafi Jafari's and MaryLou Gruttemeyer's unopposed motions to continue trial (filing nos. 92, 93) are granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on July 16, 2018, or as soon thereafter as the case may be called. Jury selection will be held at commencement of trial.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and July 16, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

June 1, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge